**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| HENRY FLOYD LOVE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-05-1055-M |
| ) | |
| STATE OF OKLAHOMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On September 20, 2005, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation [docket no. 6] in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that the Court summarily dismiss, without prejudice, Plaintiff's claims involving pending state court proceedings. The parties were advised of their right to object to the Report and Recommendation by October 10, 2005. A review of the file reveals that no objection has been filed.

Having carefully reviewed this matter *de novo*, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on September 20, 2005, and

(2) DISMISSES Plaintiff's claims involving pending state court proceedings.

**IT IS SO ORDERED this 6th day of February, 2006.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE